NATIONAL SUSPENDER MFG. CO., Appellant, v. HOADLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by the National Suspender Manufacturing Company against Russell H. Hoadley and others on a Lloyd's policy of insurance. From a judgment in favor of defendants, entered on a dismissal of the complaint, plaintiff appeals. Reversed.

PER CURIAM. This case involves precisely the same question as the case of Isear v. Hoadley (decided at this term) 60 N. Y. Supp. 609;

and for the reasons stated in that case the judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event of the action.